# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFF DAVIES and MANUELA DAVIES,**

        **Plaintiffs,**

-vs-                                                                              Case No. 6:10-cv-1622-Orl-31GJK

**ATTORNEY GENERAL OF THE UNITED STATES; SECRETARY OF THE UNITED STATES, DEPARTMENT OF HOMELAND SECURITY; DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION; DISTRICT DIRECTOR AND FORMER ACTING DISTRICT DIRECTOR, USCIS ORLANDO; SUPERVISOR, USCIS ORLANDO; JOHN DOE, and JANE DOE,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on the Motions to Dismiss filed by the United States of America (Doc. No. 8) on January 24, 2011, and by Andrea Quarantillo and Agent M. Italia (Doc. No. 13) on February 23, 2011.

On June 2, 2011, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motions be granted and that Plaintiffs be granted leave to amend their complaint. No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.   The Motion to Dismiss filed by the United States of America (Doc. No. 8) is **GRANTED**.

    3.    The Motion to Dismiss filed by Andrea Quarantillo and Agent M. Italia (Doc. No. 13) is **GRANTED**.

    4.    Plaintiffs may file an amended complaint which complies with the recommended directives outlined in the Report and Recommendation within twenty-one (21) days from the date of this order.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 20th day of June, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party